SCHIMMECK v. CITY OF WINSTON-SALEM

No. 431P98

Case below: 130 N.C.App. 471

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998. Justice Wynn recused.

STATE v. ALLEN

No. 70A86-5

Case below: 349 N.C. 364
              331 N.C. 746
              323 N.C. 208
              Halifax County Superior Court

Petition by defendant to rehear petition for a writ of certiorari pursuant to Rule 31 dismissed 30 December 1998.

STATE v. BATTEN

No. 445P98

Case below: 130 N.C.App. 760

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998. Justice Wynn recused. Motion by Attorney General to dismiss appeal allowed 30 December 1998.

STATE v. BLACKMON

No. 466P98

Case below: 130 N.C.App. 692

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 30 December 1998. Justice Wynn recused.